**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAGDAR BOLDMYAGMAR;<br>YAGAAN ALTANTSETSEG;<br>BOLDMYAGMAR CHINZORIG;<br>BOLDMYAGMAR CHINBAYAR,<br><br>Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 08-73814<br><br>Agency Nos.    A097-583-345<br>                     A097-583-346<br>                     A097-583-347<br>                     A097-583-348<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted April 16, 2013
San Francisco, California

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Shagdar Boldmyagmar petitions for review of the decision of the Board of

Immigration Appeals ("BIA") that affirmed the Immigration Judge's ("IJ")

decision denying relief. Petitioner's appeal to the BIA did not raise any issue with

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

respect to the translation or his ability to understand and participate in the proceedings. He did not exhaust his administrative remedies with respect to these contentions. *Tall v. Mukasey*, 517 F.3d 1115, 1120 (9th Cir. 2008).

Petitioner did advance a general challenge to the adverse credibility findings, but those findings are supported by substantial evidence. Specifically, the record contains numerous inconsistencies, noted by the IJ, concerning the nature and extent of his political involvement, as well as the conduct of the police. As several of these inconsistencies go to the heart of Petitioner's claim, the court must accept the adverse credibility finding. *See Wang v. I.N.S.*, 352 F.3d 1250, 1259 (9th Cir. 2003).

Petition for review is **DENIED**.